UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANK NIETO,<br><br>   Defendant. | No. 2:15-cv-1870 CKD P<br><br><br>ORDER |

Plaintiff is a California jail inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. In the operative complaint filed September 24. 2015, plaintiff alleges that the director of a state-affiliated treatment program for sex offenders violated his Fifth Amendment right against self-incrimination. (ECF No. 5.) The undersigned concluded that plaintiff stated a cognizable claim against defendant Frank Nieto and subsequently ordered service of the complaint on this defendant. (ECF Nos. 7 & 12.)

On February 2, 2016, plaintiff filed a motion for preliminary injunction and/or temporary restraining order. (ECF No. 11.) He seeks an order enjoining defendant (and various non-parties) from administering any polygraph examination that requires disclosure of "past sexual misconduct" or facts related to evidence of criminal conduct. (Id. at 2.) He also asks that defendant be enjoined from "terminating plaintiff's participation in the sex offender management program at Cameron Park Counseling Center on the grounds of non-cooperation with the program

1

requirements where the basis of the non-cooperation is plaintiff's legitimate exercise of the privilege against self-incrimination[.]"  (Id.)  Plaintiff asserts that he is facing the imminent injury of parole revocation and/or exclusion from the sex offender treatment program.  (Id. at 3.)

In light of plaintiff's allegations of a threat of imminent harm, the court directs Supervising Deputy Attorney General Monica Anderson to address plaintiff's motion for injunctive relief.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall address plaintiff's motion for injunctive relief; and

2. The Clerk of Court is directed to serve this order and a copy of plaintiff's complaint (ECF No. 5) on Supervising Deputy Attorney General Monica Anderson.

Dated:  March 10, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE