UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:15-cv-1870 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| FRANK NIETO, | |
| Defendant. | |

      Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 28, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff was granted an extension of time until August 22, 2016 to file objections. (ECF No. 50.) That date has passed, and plaintiff has not filed objections to the findings and recommendations.

      The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record

1

and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 28, 2016, are adopted in full; and

    2. Plaintiff's motion for preliminary injunction (ECF No. 11) is denied.

Dated: August 29, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

2 / hols1870.800